UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RAFAEL COSME | : | DOCKET NO. 3:21-CV-01344-JCH |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF HARTFORD | : | |
|     Defendant. | : | MARCH 24, 2022 |

## JOINT STATUS REPORT

Pursuant to the Court's docket entry dated December 21, 2021, (Entry No. 21) the parties to this case—Plaintiff Rafael Cosme and Defendant City of Hartford—respectfully submit this Joint Status Report in the above matter.

    A.    Status of the Case

        1.    Schedule of Proceeding

On December 20, 2021, the Plaintiff filed an Amended Complaint, to which on January 11, 2022, the Defendant answered. The parties are currently conducting discovery.

        2.    Discovery

            (a)    View of Plaintiff:

                i.    Written Discovery:

Plaintiff is in the process of drafting his discovery requests, which shall be served on opposing counsel shortly.

                ii.    Depositions:

No depositions have been conducted at this time.

            (b)    View of Defendant:

                i.    Written Discovery:

Defendant is in the process of drafting its discovery requests,

which shall be served on opposing counsel shortly.

        ii.       Depositions:

No depositions have been conducted at this time.

    3.    <u>Experts</u>

        a.       View of the Plaintiff

No experts have been disclosed at this time.  Per the Court's Scheduling Order (Entry No. 18), experts must be disclosed on or before August 1, 2022.

        b.       View of Defendant:

No experts have been disclosed at this time.  Per the Court's Scheduling Order (Entry No. 18), experts must be disclosed on or before August 1, 2022.

    3.    <u>Motion Practice</u>

There are currently no pending motions.

    4.    <u>Proposed Case Management Plan</u>

At this time the dates contained in the Court's Scheduling Order (Entry No. 18) remain unchanged.  Neither party is prepared to comment on the use or efficacy of alternative dispute resolution procedures.  Further, given the early stage of litigation, the Parties retain their jury trial election and cannot comment on an estimated length of trial.

| PLAINTIFF,<br>RAFAEL COSME | DEFENDANT,<br>CITY OF HARTFORD |
|---|---|
| BY  /s/ Gregory A. Jones ct30715<br>    Gregory A. Jones ct30715<br>    Fazzano & Tomasiewicz, LLC<br>    96 Oak Street<br>    Hartford, CT 06106<br>    T: (860) 231-7766<br>    F: (860) 560-7359<br>    E: gjones@ftlawct.com | BY  /s/ Lisa Lazarek ct15001<br>    Lisa Lazarek, Esq. ct15001<br>    Metzger Lazarek & Plumb<br>    56 Arbor St<br>    Hartford, CT 06106<br>    T: (860) 549-5026<br>    E: llazarek@metzlaz.com |

## **CERTIFICATION**

      I hereby certify that on March 24, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

                                             /s/ Gregory A. Jones ct30715
                                                 Gregory A. Jones