IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **RAFAEL COSME** | : | |
|    **Plaintiff,** | : | CIVIL ACTION NO.: |
| | : | 3:21-CV-1344-JCH |
| **v.** | : | |
| | : | |
| **CITY OF HARTFORD** | : | APRIL 12, 2022 |
|    **Defendant.** | : | |

## MOTION FOR EXTENSION OF TIME

In accordance with Fed. R. Civ. P. 7 and D. Conn. L. Civ. R. 7(b), Defendant, City of Hartford, hereby requests an extension of time of thirty (30) days up to and including May 19, 2022 in which to file its response to the Plaintiff's Interrogatories and Requests for Production. The response is currently due on April 19, 2022. This is the first request for an extension of time.

In support hereof, the undersigned represents that due to the press of other business and the voluminous nature of the Plaintiff's request, the undersigned requests an extension of time in order to carefully review and respond to Plaintiff's Interrogatories and Requests for Production.

The undersigned has contacted Plaintiff's counsel Gregory A. Jones who has no objection to this requested extension.

                                                **DEFENDANT,**
                                                **CITY OF HARTFORD:**

                                                By:   /s/ Lisa S. Lazarek
                                                        Lisa S. Lazarek
                                                        Federal Bar No.: ct15001
                                                        Metzger Lazarek & Plumb LLC
                                                        56 Arbor Street Suite 413
                                                       Hartford, CT 06106
                                                        860-549-5026-office
                                                        860-549-5224-fax
                                                       llazarek@metzlaz.com

2

## **CERTIFICATION OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April 2022, a copy of the foregoing Motion for Extension of Time was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Lisa S. Lazarek
Lisa S. Lazarek #ct15001